**PAICE LLC, The Abell Foundation, Inc., Appellants**

v.

**FORD MOTOR COMPANY, Appellee**

2016-1746
2016-2034

United States Court of Appeals, Federal Circuit.

April 21, 2017

Ruffin B. Cordell, Fish & Richardson, PC, Washing-ton, DC, argued for appellants. Also represented by Timothy W. Riffe, Brian James Livedalen, Daniel Tishman.

Matthew J. Moore, Latham & Watkins LLP, Washington, DC, argued for appellee. Also represented by Gabriel Bell; John P. Rondini, Frank A. Angileri, Andrew B. Turner, Brooks Kushman PC, Southfield, MI.

(Dyk, Mayer, and Taranto, Circuit Judges).

### JUDGMENT

Per Curiam

This Cause having been heard and considered, it is Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**